# In the United States District Court for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| IMARE' FRANKLIN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-42 |
| | * | |
| v. | * | |
| | * | |
| BRUNSWICK POLICE DEPARTMENT; | * | |
| GLYNN COUNTY DETENTION CENTER; | * | |
| JENNIFER CANNON; and GLYNN | * | |
| COUNTY DRUG COURT, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's October 5, 2017, Report and Recommendation, dkt. no. 13, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this _5_ day of _December_, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)